**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 10, 2020

**By ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2220
New York, New York  10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2-11-2020

Re:   *United States v. Gilberto Dejesus Gutierrez Miranda*, 11 Cr. 465 (LAP)

Dear Judge Preska:

The parties jointly request an adjournment of the initial conference in the above-captioned case, currently scheduled for February 11, 2020, at 11:00 a.m. until February 21, 2020, or February 28, 2020, or any other date thereafter that is convenient for the Court. Given the age of this case, the Government is working to collect discovery and will be producing discovery to defense counsel as quickly as possible. The adjournment will allow the Government to begin producing discovery and defense counsel to begin reviewing discovery and deciding what, if any, motions may be appropriate.

Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between February 11, 2020 through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel for defendant, who does not object to the exclusion of time.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: /s/
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216

*The conference is adjourned to March 10, 2020 at 10:30 a.m.*

**SO ORDERED**
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
2/11/20