UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| - v - | 11 CR 465-01 (LAP) |
| Gilberto Dejesus Guiterrez Mianda | ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The bail hearing scheduled for March 17, 2020 is adjourned to April 2, 2020 at 2:00 p.m. Time is excluded from today, until April 2, 2020, from calculation under the speedy trial act in the interest of justice.

_____
LORETTA A. PRESKA
Senior United States District Judge

Dated: March 16, 2020
New York, New York