UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v -

Gilberto Dejesus Guiterrez
Miranda

11 CR 465-01 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

A bail hearing is scheduled for March 27, 2020 at 12:00 p.m.

The parties are directed to call (888) 363-4734, Access Code: 4645450.

SO ORDERED.

_____
LORETTA A. PRESKA
Senior United States District Judge

Dated: March 25, 2020
New York, New York