

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 23, 2020

**By ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2220
New York, New York 10007

The conference is adjourned until May 28, 2020, at 11:30 am.  Time is excluded under the Speedy Trial Act through the next conference.

SO ORDERED.
Dated: April 24, 2020

LORETTA A. PRESKA, U.S.D.J.

Re:   *United States v. Gilberto Dejesus Gutierrez Miranda*, 11 Cr. 465 (LAP)

Dear Judge Preska:

The Government writes to request an adjournment of the pretrial conference in the above-captioned case, currently scheduled for April 27, 2020, at 1:00 p.m. until May 28, 2020, at 11:30 a.m., which the parties understand is convenient for the Court.  The Government is continuing to work to collect and produce discovery, but due to the situation caused by the COVID-19 pandemic resulting in many law enforcement officers working remotely or under quarantine, law enforcement partners have been unable to provide copies of certain discovery, including wire recordings.  The Government is continuing to take steps to obtain this discovery and will produce it as soon as possible.  The adjournment will provide additional time during which the situation will hopefully improve sufficiently so that discovery can be produced.  The Government has consulted with defense counsel, who consents to this request.

Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between April 27, 2020 through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).  The Government consulted with defense counsel for defendant, who does not object to the exclusion of time.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: /s/
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216
(347) 271-1440 (cell)