**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 23, 2020

**By ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2220
New York, New York 10007

>      Re:   *United States v. Gilberto Dejesus Gutierrez Miranda*, 11 Cr. 465 (LAP)

Dear Judge Preska:

The Government writes with the consent of defense counsel to request an adjournment of the pretrial conference in the above-captioned case, currently scheduled for June 29, 2020, at 11:00 a.m. for approximately 30 days. The Government is continuing to work to collect and produce discovery, but due to the situation caused by the COVID-19 pandemic resulting in many law enforcement officers working remotely or under quarantine, law enforcement partners have been unable to provide copies of certain discovery, including wire recordings. The Government is continuing to take steps to obtain this discovery and will produce it as soon as possible. The adjournment will provide additional time during which the situation will hopefully improve sufficiently so that discovery can be produced. Further, the adjournment will provide defense counsel, who was recently retained, with time to review materials related to the case.

Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between June 29, 2020 through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel for defendant, who does not object to the exclusion of time.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: __/s/_____
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216
(347) 271-1440 (cell)

```
The pretrial conference is
adjourned to July 29 at
11:00 a.m. Time is excluded
under the Speedy Trial Act
until July 29 in the interest
of justice.

SO ORDERED.
Dated:   June 24, 2020
         New York, NY
```

_____
LORETTA A. PRESKA, U.S.D.J.