

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 30, 2020

**By ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2220
New York, New York  10007

      Re:  *United States v. Gilberto Dejesus Gutierrez Miranda*, 11 Cr. 465 (LAP)

Dear Judge Preska:

      The Government writes because it understands that the conference previously scheduled for July 29, 2020, was adjourned until August 5, 2020, to accommodate the MCC's ability to schedule a virtual conference in this matter.  The Government therefore request that time be excluded under the Speedy Trial Act between July 29, 2020 and August 5, 2020, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).  The Government consulted with defense counsel for defendant, who does not object to the exclusion of time.

      Very truly yours,

      AUDREY STRAUSS
      Acting United States Attorney

by:  /s/_____
      Elizabeth A. Espinosa
      Assistant United States Attorney
      (212) 637-2216
      (347) 271-1440 (cell)

Time is excluded under the Speedy Trial Act between
July 29, 2020 and August 5, 2020 in the interest of
justice.  SO ORDERED.

Dated:  July 31, 2020
      New York, NY

_____
LORETTA A. PRESKA, U.S.D.J.