UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -versus-

GILBERTO DEJESUS GUTIERREZ MIRANDA,

    Defendant.

11-CR-465 (LAP)

ORDER

---

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of Carlixta Maleno's letter dated July 29, 2020 regarding Mr. Obregon.  Mr. Obregon shall respond to that letter by no later than August 18.

**SO ORDERED.**

Dated:  August 11, 2020
       New York, New York

*[signature: Loretta A. Preska]*
_____
LORETTA A. PRESKA, U.S.D.J.