UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -versus-

GILBERTO DEJESUS GUTIERREZ MIRANDA,

    Defendant.

11-CR-465 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    On August 11, 2020, the Court entered an order directing Mr. Obregon to respond to Carlixta Maleno's July 29 letter by no later than August 18.  As of today's date, the docket does not show a response from Mr. Obregon.  He may have until September 4 to file his response.

**SO ORDERED.**

Dated:  September 1, 2020
       New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.