

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 31, 2020

**By ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2220
New York, New York  10007

      Re:  *United States v. Gilberto Dejesus Gutierrez Miranda*, 11 Cr. 465 (LAP)

Dear Judge Preska:

      The Government writes because it understands that the Court has a conflict with the conference scheduled for September 10, 2020.  The parties have conferred and respectfully request that the conference be adjourned approximately 30 days to a date that is convenient for the Court to allow the Government to continue producing discovery, the defense to review discovery, and decide what, if any motions are to be made.  The Government therefore request that time be excluded under the Speedy Trial Act between September 10, 2020 and the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial."  18 U.S.C. § 3161(h)(7)(A).  The Government consulted with defense counsel for defendant, who does not object to the exclusion of time.

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

by:  /s/
    Elizabeth A. Espinosa
    Assistant United States Attorney
    (212) 637-2216
    (347) 271-1440 (cell)

```
The conference is adjourned to
October 2 at 10:30 a.m., and
time is excluded under the
Speedy Trial Act until that
date.  SO ORDERED.

Dated: September 1, 2020
```

_____
LORETTA A. PRESKA, U.S.D.J.