

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 1, 2021

**By ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2220
New York, New York  10007

      Re:    *United States v. Gilberto Dejesus Gutierrez Miranda*, 11 Cr. 465 (LAP)

Dear Judge Preska:

      The Government writes with the consent of the defense following the adjournment of the above captioned matter to request that time be excluded under the Speedy Trial Act between March 3, 2021 and May 3, 2021, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).  The Government consulted with defense counsel for the defendant, who does not object to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by:  /s/ _____
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216
(347) 271-1440 (cell)

```
Speedy Trial time shall be excluded
through May 3, 2021 in the
interests of justice.

SO ORDERED.

Dated:     March 2, 2021
           New York, New York
```

*[signature: Loretta A. Preska]*
LORETTA A. PRESKA, U.S.D.J.