**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 3, 2021

**By ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2220
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6-7-2021

Re:   *United States v. Gilberto Dejesus Gutierrez Miranda*, 11 Cr. 465 (LAP)

Dear Judge Preska:

The Government understands that due to a scheduling conflict, the Court will adjourn the change of plea proceeding in this matter to June 16, 2021, at 11:00 a.m. The Government therefore requests that time be excluded under the Speedy Trial Act between June 4, 2021, and the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel for the defendant, who does not object to the exclusion of time.

Respectfully submitted,

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
6/7/21

AUDREY STRAUSS
United States Attorney

by:  /s/
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216
(347) 271-1440 (cell)